A-1

FILED
CLERKS OFFICE

# UNITED STATES DISTRICT COURT

__UNITED STATES__ District of __MASSACHUSETTS__

Jacquelin M. Brewington

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

Krisard Aubrey O. Francois
ET, AL

Defendant

CASE NUMBER: 02676 and 03-1510 A

05-10920 MEL

I, __Jacquelin M. Brewington__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. I don't recall much about this subject.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments    ☒ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

d. I only receive $600.09 per a month for my disability.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☑ Yes    ☐ No

   If "Yes," state the total amount. *Saving account $600.09 per month for disability.*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☑ Yes   ☐ No

   If "Yes," describe the property and state its value.

   *Yes I Jacquelin M. Brewington own my estate 25 Bodwell St. Dorchester, MASS. 02125. The defendants Kris and Aubrey O. Francois has bad titles to my home. My estate and home was stolen from under me. I do not know the defendants and everything is of Value.*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *Derone C. Brewington*
   *Noah J. Brewington*
   *Princessnora Brewington*

I declare under penalty of perjury that the above information is true and correct.

*April 25 2005*                *Jacquelin M. Brewington*
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.