(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jacquelin M. Brewington
P.O. Box 2932 Lynn,
MASS. 01903

**DEFENDANTS**
Kris and Aubrey O. Francois
Alias: 25 Bodwell St
Dorchester, MA 02125

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Suffolk, ss
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Suffolk, ss
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

05-10920

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jacquelin M. Brewington
P.O. Box 2932 Lynn, MA 01903
1-781-596-3871

**ATTORNEYS (IF KNOWN)**
NO

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [X] Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | [X] 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury-Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury-Product Liability | 625 Drug Related Seizure of Property 21 USC 881 |  | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment |  | 640 R.R. & Truck |  | 460 Deportation |
| 151 Medicare Act | 330 Federal Employers' Liability | 650 Airline Regs. | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 340 Marine / PERSONAL PROPERTY | 660 Occupational Safety/Health | 830 Patent | 810 Selective Service |
|  | 345 Marine Product Liability / 370 Other Fraud | [X] 690 Other | 840 Trademark | 850 Securities/Commodities/Exchange |
| 153 Recovery of Overpayment of Veteran's Benefits |  |  |  | 875 Customer Challenge 12 USC 3410 |
|  | 350 Motor Vehicle / 371 Truth in Lending | LABOR | SOCIAL SECURITY |  |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 190 Other Contract | [X] 360 Other Personal Injury / [X] 385 Property Damage Product Liability |  | 862 Black Lung (923) | 892 Economic Stabilization Act |
| [X] 195 Contract Product Liability |  | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 864 SSID Title XVI | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 730 Labor/Mgmt. Reporting & Disclosure Act |  |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 740 Railway Labor Act | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| [X] 245 Tort Product Liability | [X] 440 Other Civil Rights | 540 Mandamus & Other |  | [X] 871 IRS - Third Party 26 USC 7609 | [X] 890 Other Statutory Actions |
| [X] 290 All Other Real Property |  | 550 Civil Rights | 791 Empl. Ret. Inc. Security Act |  |  |
|  |  | 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
The defendants, Kris and Aubrey O. Francois, et. al. have bad title to my home and are in my home I want the defendants out.

**VII. REQUESTED IN COMPLAINT:**
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 175,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
I don't know
JUDGE Timothy Walsh - Steven D. Pierce
DOCKET NUMBER 02676-03-1570A

DATE April 27 2005
SIGNATURE OF ATTORNEY OF RECORD
Jacquelin M. Brewington

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Jacquelin M. Brewington -V- Kris and Aubrey O. Francois, ET, AL__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ✓ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   __ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   __ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   __ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   __Brewington -V- Francois, ET AL   02676, 03-1510 A__

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   (YES)   NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   (YES)   NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   (YES)   NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   (YES)   NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   (YES)   NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION   (CENTRAL DIVISION)   WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION   CENTRAL DIVISION   WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Jacquelin M. Brewington__
ADDRESS __P.O. Box 2932 Lynn, MASS 01903__
TELEPHONE NO. __1-781-596-3877__

(Cover sheet local.wpd - 11/27/00)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELIN BREWINGTON

V

KRIS and AUBREY O. FRANCOIS ET AL

Defendants

CIVIL ACTION

NO. 02676-03-1510A

05-10920 MEL
Referred to MJ JG Dein

COMPLAINT

1. Jacquelin Brewington I am a resident of Dorchester, Boston, Massachusetts. a citizen of the United States.

2. Kris Francois is a resident of Boston, Massachusetts and a citizen of the United States.

3. Aubrey O. Francois is a resident of Boston, Massachusetts and a citizen of the United States.

Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

5. On March 4,2003, Kris E. and Aubrey O. Francois ET AL was in my home and the defendants would not tell me their name and was trying to tell me that they had brought my home and the defendants was in my home and I don't know how the defendants got in my home.

6. I, Jacquelin Brewington went to the police station to report that the defendants Kris and Aubrey has been in home and I do not know those people and I don't know how the defendants got into my home.

7. The Boston Police came to my home and the defendants, Kris Francois pull out some papers tell me in front of the Boston police that she brought my home from James D. Hill.

8. I, Jacquelin Brewington have a police report states that the defendants Kris and Aubrey O. Francois are unknown people in my Ms. Brewington home.

9. The defendants went to the court house and took a Summons and Restraining Order on me and to this very day I, the plaintiff have been fighting the defendants, Kris and Aubrey O. Francois et al, for my home and I can't get a lawyer because the lawyers and the judges are the ones that broke into my home and drawn up bad deeds and titles to my home and the judges has their names under my mother name on my home.



10. To this very day I, Jacquelin Brewington have been fighting the defendants Kris and Aubrey O. Francois et al, with duty judges and duty policemens because they don't want anyone to know that they are breaking into people homes and drawing up bad deeds and titles to the homes. The defendants Kris and Aubrey O. Francois et al, with judges have their names under my deceased mother name. I, Jacquelin Brewington have been fighting for my home since the death of my mother April-25-1998, the same day my mother passed away.

11. WHEREFORE, I, Jacquelin Brewington demands judgment against the defendants for damages and such other relief as this Court deems just.

12. I, Jacquelin Brewington demands that the defendants take that for sale signs off my home and off my fence at once.

13. I, Jacquelin Brewington demands that the defendants do all repairs to my home and property at once.

14. I, Jacquelin Brewington demands that the defendants stop taking SUMMONS AND RESTRAINING ORDER OUT ON ME.

15. I, Jacquelin Brewington demands that the defendants be removed from my home at once.

16. I, Jacquelin Brewington demands that legal action be taking out against the defendants for trying to sale my home at once

17. I, Jacquelin Brewington demands that the defendants pays me in the sum of $175.000.000 dollars for my pain and suffering.

18. I, Jacquelin Brewington demands that the Court serves the defendants all legal documents because the defendants refuse to take the documents from me.

19. I, Jacquelin Brewington demands that the Court step in and help me out in this matter.

20. I, Jacquelin Brewington demands a trial by jury.

Signature *Jacquelin Brewington*

Name   Jacquelin Brewington

Address   P.O. BOX 2932

          LYNN, MASS. 01903

Telephone   1-781-596-3871

UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS


AFFIDAVIT OF JACQUELINE M BREWINGTON

I, Jacqueline M. Brewington, do hereby depose and states that

1. I, Jacqueline M. Brewington the plaintiff states that the defendants Kris and Aubrey O. Francois does know that the home they are in is my and the property that they are on is my. I don't know what defendants are still doing in my home with a for sale sign on my home and on my fence trying to sale my property. I feel that the defendants are trying to run a scandle with my home and I would like for the court to take out all the legal action on the defendants at once.


SIGNED UNDER THE PENALIES OF PERJURY.

DATE  _April-29-2005_


Signature  _Jacqueline M. Brewington_
Name  Jacqueline M. Brewington
Address  P.O. BOX 2932
         LYNN, MASS. 01903
Telephone  1-781-596-3871


Respectfully, Submitted

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JACQUELINE M. BREWINGTON
    PLAINTIFF


V                                                CIVIL ACTION NO.
                                                 02676 – 03-1510-A


KRIS and AUBREY O. FRANCOIS, ET AL
    DEFENDANTS


THE REASON WHY MY CASES IS BEING FILED
IN THIS FEDERAL COURT.


1. I, Jacqueline M. Brewington know for a fact that the defendants Kris and Aubrey does not belong in my home. I do not know those people and don't konw how the defendants Kris and Aubrey O. Francois, ET AL got on my private property and the defendants have a for sale sign on my property as if they are running a scandle with my home. The defendants are trespassing on my private and have been for a long while.


                               Respectfully, Submitted