UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
    Plaintiff,

v.   Civil Action No.  05-10920-MEL

KRIS FRANCOIS, ET AL.,
    Defendants

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒   GRANTED.

☒   The Clerk shall not issue summonses at this time pending further review of this case pursuant to 28 U.S.C. § 1915.

SO ORDERED.

| May 18, 2005 | /s/ Morris E. Lasker |
|---|---|
| DATE | MORRIS E. LASKER |
|  | SENIOR, UNITED STATES DISTRICT JUDGE |