UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON
          Plaintiff,

.v.                                  Civil Action NO.
                                    05-10919-MEL

NANCY COLEMAN,
          Defendant

---

JACQUELINE M. BREWINGTON
          Plaintiff,

.v.                                  Civil Action NO.
                                    05-10920-MEL

KRIS FRANCOIS, ET AL.,
          Defendants

## APPEALS

1. I, Jacqueline M. Brewington the plaintiff is and was entitled to the verdict. I, Jacqueline M. Brewington feels that the judge was very unfair. The instruction was not given to me the plaintiff with the law that covering the rights of both parties.

2. Yes, I, Jacqueline M. Brewington states that bias and prejudice intervene to cause any unfair results. I would like for the Court to appeals all cases as soon as possible.

   I, Jacqueline M. Brewington would like to thank you for your attention to this matter.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
          Plaintiff,

.v.                                      Civil Action NO.
                                        05-10919-MEL

NANCY COLEMAN,
          Defendant

---

JACQUELINE M. BREWINGTON,
          Plaintiff,

.v.                                      Civil Action NO.
                                        05-10920-MEL

KRIS FRANCOIS, ET AL.,
          Defendants

## APPEALS

1. I, Jacqueline M. Brewington would like to appeals the cases on my Civil Action NO. 05-10919-MEL and Civil Action NO. 05-10920-MEL because I was unaware about the cases being dismissed. Once my apartment was taking from under me in March of 2004 a lot of my Court legal documents came up missing. I would like for the Court to allow me the appeals. Thank you for your attention in this matter.

DATE: June-17-2005

Signature: Jacqueline Brewington
Name: Jacqueline M. Brewington
Address: P.O. Box 2932
         LYNN, MASS. 01903
Telephone: 1-781-596-3871

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
            Plaintiff,

        ,V.
                                            Civil Action NO.
                                            05-10919-MEL

NANCY COLEMAN,
            Defendant

---

JACQUELINE M. BREWINGTON,
            Plaintiff,

        .V.
                                            Civil Action NO.
                                            05-10920-MEL

KRIS FRANCOIS, ET AL.,
            DEFENDANTS

MEMORANDUM

BREWINGTON, M.J.

   For the reasons stated below, the above-captioned cases are dismissed, every since my mother death my cases have been dismissed, and me the plaintiff have been warned that I can be subject to sanctions. It is futher Ordered that my bank card and health card information to the complaint in Civil Action NO. 05-10920-MEL shall be Sealed. I, Jacqueline M. Brewington find it to be unfair as well as unreal and I do not know why any judge would threatening me about my private property.

                    BACKGROUND
   1. Current Litigation

       On April 29,2005, I, Jacqueline M. Brewington filed four separate civil actions in this Court, because all of the defendants did robbed me for all of my belongings. Yes so you say that two of those actions were randomly assigned to other District Judges of this Court, That is all I, Jacqueline M. Brewington was saying that all these Judges name is under my mother name. Yes I have previusly-filed cases once I filed my cases the law be chasing after me or the landlord would be trying to steal my apartment from under me and this have been going on since the death of my mother.

## BACKGROUND

1. See Brewington .v. Dane M. Shulman, et al.. C.A. 05-10934-WGY and <u>Brewington .v. Annette Hill Green</u>, et al. C.A. 05-10935-REK

   What do one thing have to do with another. What do Nancy Coleman the defendant have to do with Kris Francois, et al the defendants are the one trying to act like they live in my home and on my property. By the way Dane M. Shulman, et al., robbed me for my haed injury and Annette Hill Green, et al., robbed me for my mother WILL, my estate as well as my home and my vehicle and much, much more things. The truth of the matter is it hard for you to face the truth.

   In <u>Brewington .v. Kris Francois</u>, et al., C.A. 05-10920-MEL., The plaintiff, Jacqueline M. Brewington not once allege anything, everything I stated is true and is fact. If I stated that the defendants are on my private property then the defendants is on my property. I, Jacqueline M. Brewington should not have to ask any judges to get unknown people out of my home and off of my property.

   In <u>Brewington .v. Nancy Coleman</u>. C.A. 05-10919-MEL, The plaintiff, Jacqueline M. Brewington did not allege anything about the defendant Nancy Coleman, in fact the defendant Coleman told me she was still using my two car garage in 2002. I, Jacqueline M. Brewington told her in her face to stop using my garage and that a fact.

2. On March 25, 2004, approximately thirteen months prior to filing of the above captioned cases, the plaintiff had filed two complaints against the same defendants, with the same claims. <u>See Brewington .v. Coleman</u>, C.A. C.A. 04-10598-MEL and <u>Brewington .v. Kris Grotelueschen</u>. et al. C.A. 04-10609-MEL. In both complaints, the plaintiff, Jacqueline M. Brewington states that she is the true owner of 25 BODWELL STREET, DORCHESTER, MASS. 02125. I was "forced" out of my home by many of the defendants in this cases. Just maybe you never been a victim of a violet crime, just maybe you never been hit in your head and just maybe you never been put in the streets of Boston and just maybe you never been beating up by policmans and detectives over the years for your belongings. Just maybe you never have to deal with all kind of judges over the yaers of your mother death.

## ANALYSIS

I. <u>The Court May Screen these Actions</u>

   I, Jacqueline M. Brewington would like to thank the Court for allowed me file my two civil actions without

(3)

II. <u>Plaintiff's Complaints are Duplicative of Previously Dismissed Complaints,</u>
The plaintiff, Jacqueline M. Brewington actions were dismissed for lack of subject matter jurisdiction on March 31, 2004, <u>without</u> prejudice. The landlord stole my apartment from me in March of 2004, so I never receive any Court letters up to now really. The plaintiff, Jacqueline M. Brewington did not know that the actions was dismissed nor did I know I was to appeal the dismissal; rather over a year later. The plaintiff just want justice if that to much to ask of the Court.

III. <u>The Court Lacks Subject Matter Jurisdiction Over Plaintiff Complaints</u>
As noted above, thjs Court has previously determined that subject matter jurisdiction is lacking that is not true at all look at all the judges that is not suppose to be in my jurisdiction and the plaintiff, Jacqueline M. Brewington is entitled to possession of her home on 25 BODWELL STREET, DORCHESTER, MASS. 02125.

IV. <u>The Plaintiff is Subject to Future Sanctions</u>

A. <u>Authority To Impose Sanctions under Fed. R. Civ.P.11</u>
The plaintiff, Jacqueline M. Brewington do not think that the Court should hit her with Under Rule 11, The plaintiff, Jacqueline M. Brewington is not submits a pleading for an improper purpose or the claims nor is the claims is frivolous or malicious. I know for a fact that the defendants are all in the wrong.

B. I, Jacqueline M. Brewington is a victim of a violet crime and have been since 1992. I just want the Court to understand that I was unable to get a represented party at this time or anytime. This time the defendants are the only one with all of the represented & that a fact. I, Jacqueline M. Brewington demands that Court remove all dismissal off all cases. Do to the fact that I was homeless since March of 2004.

<u>APPEAL THE DISMISSAL</u>

Now comes the plaintiff, Jacqueline M. Brewington asking this Honorable Court to remove the dismissal on all the Brewington cases at once. Brewington .v. Coleman Civil Action NO. 05-10919-MEL and Brewington .v. Kris Francois, et al., 05-10920-MEL and see Brewington .v. Dane Shulman, et al. C.A. 05-10934-WGY and Brewington .v. Annette Hill Green, et al., C.A. 05-10935-REK