# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10920

Jacqueline M. Brewington

v.

Nancy Coleman

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 7, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/8/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10920-MEL

| | |
|---|---|
| Brewington v. Francois et al | Date Filed: 04/29/2005 |
| Assigned to: Judge Morris E. Lasker | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jacqueline Brewington**    represented by **Jacqueline Brewington**
Apt. 3
P.O. Box 2932
Lynn, MA 01903
781-596-3871
PRO SE

V.

**Defendant**

**Kris Francois**

**Defendant**

**Aubrey Francois**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Jacqueline Brewington.(Jenness, Susan) (Entered: 05/04/2005) |
| 04/29/2005 | 2 | COMPLAINT against Kris Francois, Aubrey Francois Filing fee: $ 0.00, receipt number 0.00, filed by |

| | | |
|---|---|---|
| | | Jacqueline Brewington.(Jenness, Susan) Additional attachment(s) added on 5/4/2005 (Jenness, Susan). Additional attachment(s) added on 6/7/2005 (Jenness, Susan). (Entered: 05/04/2005) |
| 04/29/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 05/04/2005) |
| 05/18/2005 | 3 | Judge Morris E. Lasker : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis: The Clerk shall not issue summonses at this time pending further review of this case pursuant to 28 U.S.C. section 1915. (Greenberg, Rebecca) (Entered: 05/19/2005) |
| 06/05/2005 | 4 | Judge Morris E. Lasker : ORDER entered. MEMORANDUM AND ORDER: For the reasons set forth in the Memorandum and Order, the above-captioned cases are dismissed, and the Plaintiff is warned that she is subject to sanctions. It is further Ordered that the bank card and health card information attached to the complaint in Civil Action No. 05-10920-MEL shall be Sealed.(Greenberg, Rebecca) (Entered: 06/06/2005) |
| 06/06/2005 | 5 | Judge Morris E. Lasker : ORDER entered. ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 06/06/2005) |
| 06/17/2005 | 6 | NOTICE OF APPEAL as to 4 Memorandum & ORDER,, 5 Order Dismissing Case by Jacqueline Brewington. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/7/2005. (Howarth, George) (Entered: 07/06/2005) |