MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2027

JACQUELINE BREWINGTON,

Plaintiff, Appellant,

v.

NANCY COLEMAN,

Defendant, Appellee.

CA:05-10919
J. Fisher

No. 05-2036

JACQUELINE BREWINGTON,

Plaintiff, Appellant,

v.

KRIS FRANCOIS, ET AL.,

Defendants, Appellees.

CA:05-10920
J. Fisher

Before

Lynch, <u>Circuit Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: March 1, 2006

We affirm the dismissal of these cases, substantially for the

reasons given in the district judge's Memorandum and Order dated June 5, 2005.

By the Court:

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
       Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*
**Deputy Clerk**

**Date:** MAR 22 2006

[cc: Ms. Brewington]